**PHILLIPS & ASSOCIATES**

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Suite 620
New York, NY, 10006
Tel: (212) 248-7431
Fax: (212) 901-2107

June 23, 2016

*Via ECF*
Hon. James C. Francis
U.S. Magistrate Judge
U.S. District Court (SDNY)
500 Pearl Street
New York, New York 10007

    Re:    ***Hill v. NYCHA***
              **Case No. 15 cv 8663**

Your Honor,

     In accordance with the Federal Rules of Civil Procedure, the Local Rules of the U.S. District Court for the Southern District of New York (especially Local Rule 37.2), as well as Your Honor's individual rules (especially section 2(A)), the plaintiff's counsel moves this Court to compel production of a witness to appear for a continued deposition.

     By way of background, on or about May 17, 2016, counsel for the plaintiff served upon counsel for the defendant an Amended Notice of Deposition concerning a FRCP 30(b)(6) witness regarding the defendant's FMLA policy. Specifically and in relevant part, the Amended Notice stated:

     "Defendant shall designate one or more persons that are prepared to testify regarding the following subjects:

     1. Defendant's policies and/or procedures regarding Housing Assistants' FMLA requests, approval and leave, generally, which were in effect at any time during Plaintiff's employment."

     The defendant had previously identified a person by the name of Wendy Alexander to give testimony concerning these topics, and the parties scheduled her deposition for Friday, June 17, 2016.

     By further way of background, during discovery and in response to the plaintiff's document requests, the defendant supplied an FMLA policy which, notably, had been revised on April 21, 2005. At the deposition of Ms. Alexander on June 17, 2016, it was learned during the course of the deposition that the defendant's FMLA policy had been further revised in 2013, however, no documents had been produced by the defendant concerning those revisions.

     After the conclusion of the deposition (literally within an hour or two), the defendant

Hon. James C. Francis
June 23, 2016
Page 2 of 2

served upon the plaintiff's counsel for the first time the defendant's most recent FMLA policy (revised on or about March 27, 2013).  Counsel for the plaintiff promptly reviewed this updated FMLA policy and discovered that there are certain material changes to the defendant's FMLA policy about which counsel sought to question Ms. Alexander (counsel can provide specific examples if it pleases the Court).  Accordingly, on Monday, June 20, 2016, counsel for the plaintiff emailed counsel for the defendant seeking to schedule a short continued deposition in order to question Ms. Alexander concerning this updated FMLA policy.  Counsel for the defendant has nevertheless refused to reproduce Ms. Alexander to be questioned about this document.  Thus, the plaintiff now moves this Court to compel Ms. Alexander to be produced for a short continuation of the deposition as to the defendant's 2013 revised FMLA policy.

       The plaintiff's counsel thanks the Court for its attention to this matter.

                    Respectfully submitted,

                    Casey Wolnowski, Esq.
                    *Attorney for the plaintiff*
                    cwolnowski@tpglaws.com

cc:    Jane Lippman (*via ECF*)
       New York City Housing Authority
       Law Department, Civil Litigation
       250 Broadway
       New York, NY  10007
       Tel: (212) 776-5259
       Email: Jane.Lippman@nycha.nyc.gov